**No. 09-1443. Charles L. Ryan, Director, Arizona Department of Corrections, Petitioner v. Johnathan Andrew Doody.**

562 U.S. 956, 131 S. Ct. 456, 178 L. Ed. 2d 282, 2010 U.S. LEXIS 8063.

October 12, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Florida v. Powell, 559 U.S. 50, 130 S. Ct. 1195, 175 L. Ed. 2d 1009 (2010).

Same case below, 596 F.3d 620.

**No. 09-11051. Henry Lee Peterson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 956, 131 S. Ct. 456, 178 L. Ed. 2d 282, 2010 U.S. LEXIS 7930.

October 12, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Holland v. Florida, 560 U.S. 631, 130 S. Ct. 2549, 177 L. Ed. 2d 130 (2010).

**No. 10-8. Eugene Iovine, Inc., Petitioner v. National Labor Relations Board.**

562 U.S. 956, 131 S. Ct. 458, 178 L. Ed. 2d 282, 2010 U.S. LEXIS 8047.

October 12, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of New Process Steel, L.P. v. NLRB, 560 U.S. 674, 130 S. Ct. 2635, 177 L. Ed. 2d 162 (2010). Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 371 Fed. Appx. 167.

**No. 10-5211. Jason Loadholt, Petitioner v. Massachusetts.**

562 U.S. 956, 131 S. Ct. 459, 178 L. Ed. 2d 282, 2010 U.S. LEXIS 8076.

October 12, 2010. On petition for writ of certiorari to the Supreme Judicial Court of Massachusetts. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Judicial Court of Massachusetts for further consideration in light of McDonald v. Chicago, 561 U.S. 742, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010).

Same case below, 456 Mass. 411, 923 N.E.2d 1037.